# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138628

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                                    SC: 138628
                                                                     COA:  289924
                                                                     Wayne CC: 08-008976-FC
GERALD ANTOINE HUNT,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the February 25, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009                          _____

p0831                                                        Clerk